**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03400-BNB

MICHAEL R. O'CONNOR,

    Applicant,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Prisoner's Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF Nos. 3 and 5, are DENIED as unnecessary.  Applicant paid the $5 filing fee on December 31, 2013.  Applicant also requested that Respondents Rick Raemisch and Mary Carlson be removed as named respondents.  The Motion to Amend, ECF No. 5, is granted and the Clerk of the Court is directed to terminate Rick Raemisch and Mary Carlson as parties to this action.

Dated:  January 2, 2014